# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LAURA RIVERA CORNISH,

                Plaintiff,

    v.

NORRIS SQUARE UNITED
PRESBYTERIAN CONGREGATION
and PRESBYTERY OF
PHILADELPHIA,

                Defendants.

No. 07-CV-3678

**ORDER**

AND NOW, this 27th day of May, 2009, for the reasons stated in the accompanying memorandum, it is hereby ORDERED that the motion of defendants Norris Square United Presbyterian Congregation and Presbytery of Philadelphia to dismiss plaintiff's complaint (Docket No. 25) is GRANTED, such dismissal being with prejudice as respects plaintiff's claims against the moving defendants.

BY THE COURT:

/ s / Louis H. Pollak, J.
Pollak, J.